IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARLON ANDRE WILSON,

   Petitioner,

     v.

RALPH CHERRY
WARDEN, Robert A. Deyton
Detention Center, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-800-TWT

<u>ORDER</u>

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action for want of prosecution. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED for want of prosecution.

SO ORDERED, this 21 day of May, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Wilson\13cv800\r&r.wpd